IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**NORMAN H. DAVIS**,<br><br>Defendant | NO. 5: 06-PO-03-15 (CWH)<br><br>**VIOLATION: Hunting Over Baited Field** |

## ORDER OF DISMISSAL

IT APPEARING that the collateral forfeiture set herein by the Central Violations Bureau has been remitted by the above-named defendant, the within proceeding is hereby DISMISSED.

SO ORDERED AND DIRECTED, this 17${}^{th}$ day of APRIL, 2006.



*(signature)*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE